**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DWAYNE ARMBRISTER, LAWRENCE GUARNIERI, DARON WILLIFORD, and RANDOLPH PETREN, on behalf of plaintiffs and the classes described below, | ) ) ) ) ) | |
| | ) | 12 C 246 |
| Plaintiffs, | ) ) | Judge Bucklo |
| vs. | ) ) | |
| PUSHPIN HOLDINGS, LLC, | ) ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION FOR DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dwayne Armbrister; Lawrence Guarnieri; Daron Wiliford; and Randolph Petren, and defendant Pushpin Holdings, LLC hereby stipulate to the dismissal of plaintiffs' individual claims against defendant without prejudice, to automatically be converted to a dismissal with prejudice in 30 days if no motion is filed by the parties before that time, and the claims of the putative class without prejudice.

DATED:  February 25, 2013  

**DWAYNE ARMBRISTER
LAWRENCE GUARNIERI
DARON WILLIFORD
RANDOLPH PETREN**

By: s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC

                                                                        120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

DATED:  February 25, 2013                       **PUSHPING HOLDINGS, LLC**

                                                                        By: s/Michael P. Padden
Michael Padden

Levenfeld Pearlstein, LLC
2 N. LaSalle Street
Suite 1300
Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

  I, Catherine A. Ceko, hereby certify that on February 25, 2013, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Michael F. Padden
mpadden@lplegal.com

Scott E. Silberfein
ssilberfein@mosessinger.com

                s/Catherine A. Ceko
                Catherine A. Ceko